**Electronically Filed
Supreme Court
SCWC-24-0000765
13-MAY-2026
07:54 AM
Dkt. 13 ODAC**

SCWC-24-0000765

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

BRANDY BLAS, Respondent/Defendant-Appellant,

and

THOMAS BLAS, SR., Respondent/Defendant-Appellee,

and

DEBRA GERON, Petitioner/Defendant-Appellee,

and

DEPARTMENT OF CORRECTIONS & REHABILITATION,

Respondent/Interested Party-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-24-0000765; CASE NO. 1CPC-24-0000150)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Devens, C.J., McKenna, Eddins, and Ginoza JJ.,
and Circuit Judge Morikone, assigned by reason of vacancy)

The application for writ of certiorari filed by

Petitioner/Defendant-Appellee Debra Geron on March 16, 2026, is

hereby rejected.

DATED: Honolulu, Hawai'i, May 13, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Kevin T. Morikone

